
FILED
CHARLOTTE, NC
NOV 17 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> (1) ARNOLD LYNN DOWELL ) <br> (2) JOHNNY SANFORD JOHNSON ) <br> (3) JOHN KENNETH SMITH ) <br> (4) SHAWNA MICHELLE SWAIM ) <br> (5) KENNETH CHAD CALL ) <br> (6) DUSTAN PETE PERRY ) <br> (7) BRENDA WYATT TRIPLETT ) <br>     a/k/a Kandy Combs ) <br> (8) REX ALLEN HAWKINS ) <br> (9) EVELYN LOUISE PETERS ) <br> (10) BOBBIE JO COMBS ) <br> (11) JOSEPH MARSHALL JORDAN ) <br> (12) PARKS BRADLEY SHORE, ) <br>     a/k/a Bradley Parks Shore ) <br> (13) DIANNA GAYE SHORE, ) <br>     a/k/a Dianna Wood ) <br> (14) CURTIS SHAWN SETTLE ) <br> (15) MORGAN LEWIS SPARKS ) <br> (16) LARRY RAY MASH ) <br> (17) CHRIS ISAAC JOHNSON ) | DOCKET NO. 5:11CR73 <br><br> **ORDER TO SEAL** <br> **INDICTMENT** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 17th day of November, 2011.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE